# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BADIEI,<br><br>　　　　　　　Plaintiff,<br>vs.<br>WELLS FARGO BANK N.A., a National Banking Association, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 13cv0406 DMS (WVG)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

There are currently a number of motions pending before this Court, including Plaintiff's motion to remand. After reviewing the parties' briefs on that issue, the Court finds diversity jurisdiction is lacking in this case, and therefore grants Plaintiff's motion to remand. *See Saberi v. Wells Fargo Home Mortgage*, No. 10CV1985 DMS (BGS), 2011 WL 197860 (S.D. Cal. Jan. 20, 2011). The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

DATED: April 26, 2013

　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　United States District Judge